First National Bank and Trust Co. of Pekin, Plaintiff-Appellee, v. Glenn Van Hilsen and Harold Van Hilsen, Defendants-Appellants.

Gen. No. 69–111. (Abstract of Decision.)

Third District.

July 9, 1970.

Rehearing denied August 5, 1970.

Paul J. Knapp, of Lincoln, for appellants; E. B. Groen, of Pekin, for appellee. Opinion by JUSTICE STOUDER. Not to be published in full.